AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>JOSE PEREZ FELIX, a/k/a "Eugenio Piedraita-Rivera," a/k/a "Roberto Patricio Ramirez," a/k/a "Grande," YONATAN LARA, EDWARD CHAPMAN, and ANTHONY TSINA<br><br>*Defendant(s)* | Case No.<br>19-MJ-2218-MBB |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 2018 to the present** in the county of **Suffolk** in the **__** District of **Massachusetts**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to distribute and possess with intent to distribute heroin, fentanyl, cocaine, and oxycodone |

This criminal complaint is based on these facts:

See Affidavit of HSI Task Force Officer Jason Abramoski, attached hereto and incorporated herein.

☑ Continued on the attached sheet.

*Complainant's signature*

Jason Abramoski, HSI Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/29/2019

*Judge's signature*

City and state: Boston, Massachusetts    Hon. Donald L. Cabell, US Magistrate Judge
*Printed name and title*